1  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
2  Jonathan D. Selbin (State Bar No. 170222)
3  250 Hudson Street, 8th Floor
   New York, NY 10013
4  Telephone: (212) 355-9500
   Facsimile: (212) 355-9592
5

6  LIEFF, CABRASER, HEIMANN &           MEYER WILSON CO., LPA
   BERNSTEIN, LLP                       Matthew R. Wilson (State Bar No. 290473)
7  Daniel M. Hutchinson (State Bar No. 239458)   Michael J. Boyle, Jr. (State Bar No. 258560)
   275 Battery Street, 29th Floor       1320 Dublin Road, Ste. 100
8  San Francisco, California 94111-3339  Columbus, Ohio 43215
   Telephone: (415) 956-1000            Telephone: (614) 224-6000
9  Facsimile: (415) 956-1008            Facsimile: (614) 224-6066

10

11 *Attorneys for Plaintiff Emily Wolf and the
   Proposed Class*
12

13                          UNITED STATES DISTRICT COURT

14                         NORTHERN DISTRICT OF CALIFORNIA

15

16 | EMILY WOLF, on behalf of herself and all others similarly situated, | Case No. 4:15-CV-01441-DMR |
   |---|---|
   | Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT LYFT, INC. TO RESPOND TO COMPLAINT** |
   | v. | |
   | LYFT, INC., | |
   | Defendant. | |

1   WHEREAS, Plaintiff Emily Wolf ("Plaintiff") filed a Complaint on March 30, 2015 (Doc. 1);

3   WHEREAS, Plaintiff served the Complaint on Defendant Lyft, Inc. ("Lyft") on April 2, 2015;

5   WHEREAS, the responsive pleading deadline for Lyft was April 23, 2015;

6   WHEREAS, on April 11, 2015, Plaintiff and Lyft through counsel met and conferred and agreed that pursuant to Local Rule 6-1, Plaintiff would extend Lyft's responsive pleading deadline by thirty (30) days;

9   WHEREAS, the brief extension set forth herein will not impact any deadlines already set by the Court in this action;

11   THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel that the deadline for Lyft to respond to the Complaint is continued to and including May 26, 2015.

14   IT IS SO STIPULATED.

Dated: April 14, 2015                          LYFT, INC.


                                               By: /s/ Lindsay C. Llewellyn
                                                   Lindsay C. Llewellyn

                                               Attorneys for Defendant
                                               LYFT, INC.

Dated: April 14, 2015                          LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP


                                               By: /s/ Daniel M. Hutchinson
                                                   Daniel M. Hutchinson

                                               Attorneys for Plaintiff
                                               EMILY WOLF

STIPULATION TO EXTEND TIME FOR DEFENDANT
LYFT, INC. TO RESPOND TO COMPLAINT           - 1 -           CASE NO. 4:15-CV-01441-DMR

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Daniel M. Hutchinson, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of April, 2015 in San Francisco, California.

/s/ Daniel M. Hutchinson
Daniel M. Hutchinson