UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WOLF,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 15-cv-01441-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE**<br><br>Re: Docket No. 42 |

On January 21, 2016, after the Court had reviewed the parties' notice regarding the United States Supreme Court's ruling in *Cambpell-Ewald v. Gomez*, __ U.S. __, 2016 WL 228345 (Jan. 20, 2016), the Court lifted the stay in this case, and it ordered the parties to appear for an initial case management conference on March 25, 2016, at 11:00 a.m. (Docket No. 42.) The Court also ordered that the parties' initial case management statement was due by no later than March 18, 2016. The parties have not complied with that deadline.

Accordingly, the Court CONTINUES the case management conference from March 25, 2016, to April 1, 2016. The parties shall file a joint case management statement by March 25, 2016. In addition to the subjects covered in the Court's form Joint Case Management Conference Statement and Proposed Order, the parties shall address the following issues in the appropriate sections:

What are the specific factual and legal issues in the litigation, and what is the support from the pleadings or otherwise, as to the relevance of those issues?

What is plaintiff's best estimate as to the amount in controversy, including damages reasonably sought by plaintiff in the case in chief, and by the defendant in any counterclaim, excluding punitive damages?

1 | What is the parties' best estimate as to the amount of attorney's fees that will be incurred at each stage of the litigation?

What are the specific subject matters as to which the parties wish to conduct discovery and to what specific issues is each item relevant?

What forms of discovery to the parties wish to pursue.  In responding to this question, the parties should identify:

    the estimated number of interrogatories and/or requests for admission, including subparts;

    the estimated number of depositions, including the total amount of time that the parties propose spending on depositions; and

    how many and what type of experts to the parties contemplate using.

Finally, the parties are HEREBY ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions in the amount of $250.00, per side, for their failure to comply with the Court's deadlines.  The parties' response to this Order to Show Cause also shall be due on March 25, 2016.

**IT IS SO ORDERED.**

Dated: March 22, 2016

_____
JEFFREY S. WHITE
United States District Judge