| | |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | MEYER WILSON CO., LPA<br>Matthew R. Wilson (State Bar No. 290473)<br>Michael J. Boyle, Jr. (State Bar No. 258560)<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | |

*Attorneys for Plaintiff*
*Emily Wolf and the Proposed Class (additional counsel listed on signature page)*

| | |
|---|---|
| MAYER BROWN LLP<br>JOHN ZAIMES (SBN 91933)<br> jzaimes@mayerbrown.com<br>RUTH ZADIKANY (SBN 260288)<br> rzadikany@mayerbrown.com<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, California 90071-1503<br>Telephone: (213) 229-9500<br>Facsimile: (213) 625-0248 | MAYER BROWN LLP<br>Archis A. Parasharami (DC Bar No. 477493)<br>*(admitted pro hac vice)*<br> aparasharami@mayerbrown.com<br>1999 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |

*Attorneys for Defendant*
*LYFT, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WOLF, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LYFT, INC.,<br><br>　　　　　Defendant. | Case No. 4:15-CV-01441-JSW<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 43)**<br><br>Complaint filed: March 30, 2015<br><br>Honorable Jeffrey S. White |

The parties apologize to the Court for not complying with the Court's March 18 deadline to submit a Case Management Conference Statement. By way of explanation, but not excuse, the parties were hard at work finalizing a resolution of Plaintiff's claims that would obviate the need for any Court action. The parties have now completed that process and voluntarily stipulated to a dismissal of the case on March 23. *See* Dkt. No. 44. The parties make this brief filing today, however, in order to address the Court's Order to Show Cause (Dkt. No. 43).

Dated: March 24, 2016

Respectfully submitted,

By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
John T. Spragens (*pro hac vice*)
Email: jspragens@lchb.com
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (State Bar No. 258560)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff Emily Wolf and the Proposed Class*

Dated: March 24, 2016

Respectfully submitted,

By: */s/ John P. Zaimes*
    John P. Zaimes

MAYER BROWN LLP
John P. Zaimes (State Bar No. 91933)
jzaimes@mayerbrown.com
Ruth Zadikany (State Bar No. 260288)
rzadikany@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9545
Facsimile: (213) 625-0248

MAYER BROWN LLP
Archis A. Parasharami (*pro hac vice*)
aparasharami@mayerbrown.com
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendant Lyft, Inc.*