UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY WOLF,<br><br>    Plaintiff,<br><br>    v.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 15-cv-01441-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Docket No. 43 |

The Court has received and considered the parties' response to the Order to Show Cause dated March 22, 2016. The Court shall discharge the Order to Show Cause without imposing sanctions. To the extent counsel appears before this Court in the future, they are admonished to comply with all deadlines set by the Court and if an extension is required, to submit a request to the Court in advance of any deadlines.

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
JEFFREY S. WHITE
United States District Judge